# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jeffrey Dean McGraw,

    Plaintiff,                                      Case No.  1:14cv983

    v.                                            Judge Michael R. Barrett

Commissioner of Social Security

    Defendant.

## ORDER

This matter is before the Court upon the parties' Joint Motion for Remand.  (Doc. 14.)  For good cause shown, the parties' Motion is hereby **GRANTED**.  It is **ORDERED and ADJUDGED** the final decision of the Commissioner is reversed pursuant to sentence for of 42 U.S.C. § 405(g), and remanded for further administrative proceedings and a new decision.

Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge ("ALJ") for further administrative proceedings.  On remand the ALJ will review and address Plaintiff's questions to consultative examiner Dr. Swedberg and Plaintiff's request for a supplemental hearing.  The ALJ shall resolve these issues, complete the administrative record, and, if necessary obtain further testimony from a vocational expert and or medical expert or experts and issue a new decision.

This matter is hereby **CLOSED** and **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

                                                                      */s/ Michael R. Barrett*
                                                                      JUDGE MICHAEL R. BARRETT